| | |
|---|---|
| WILLIAM J. GRADFORD, | ) Case No. 1:17-cv-01460-DAD-SAB (PC) |
| Plaintiff, | ) New Case No. 1:17-cv-01460-DAD-GSA-PC |
| v. | ) ORDER RELATING CASES AND REASSIGNING ACTION TO DISTRICT JUDGE DALE A. DROZD AND MAGISTRATE JUDGE GARY S. AUSTIN |
| K. LIGNOSKI., | |
| Defendant. | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Plaintiff William J. Gradford is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on October 30, 2017 against Defendant Deputy Sheriff K. Lignoski alleging that he interfered with his outgoing mail out of retaliation for Plaintiff filing a prison grievance against another officer. (ECF No. 1.)

Under Local Rule 123, this case is related to the actions entitled Gradford v. McDougall, 1:17-cv-00201-DAD-GSA-PC, and Gradford v. Stanislaus County Sheriff's Department, 1:17-cv-00414-DAD-GSA-PC. These actions are based on the same underlying facts and involve overlapping questions of law and fact.

///
///
///
///

Accordingly, it is HEREBY ORDERED that:

1. The Office of the Clerk shall relate this case with cases 1:17-cv-00201-DAD-GSA-PC and 1:17-cv-00414-DAD-GSA-PC; and

2. This case shall continue to be assigned to the docket of District Judge Dale A. Drozd and reassigned to the docket of Magistrate Judge Gary S. Austin; and

3. The new case number shall be:

   **1:17-cv-01460-DAD-GSA-PC**

   and all future pleadings and/or correspondence must be so numbered. Use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and distribution of copies to the judge assigned.

IT IS SO ORDERED.

Dated: **December 22, 2017**

UNITED STATES MAGISTRATE JUDGE