# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>K. LIGNOSKI,<br><br>　　　　Defendant. | Case No. 1:17-cv-01460-LJO-GSA-PC<br><br>New Case No. 1:17-cv-01460-DAD-GSA-PC<br><br>**ORDER REASSIGNING CASE FROM DISTRICT JUDGE LAWRENCE J. O'NEILL TO DISTRICT JUDGE DALE A. DROZD, UNDER LOCAL RULE 123** |

### PLEASE TAKE NOTICE:

William J. Gradford ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 30, 2017. (ECF No. 1.)

On December 22, 2017, the court related this case under Local Rule 123 to other pending cases filed by Plaintiff, based on overlapping questions of law and fact, and reassigned the case to District Judge Dale A. Drozd and Magistrate Judge Gary S. Austin.[1] (ECF No. 12.)

On March 2, 2018, the Court reassigned this case from District Judge Dale A. Drozd to District Judge Lawrence J. O'Neill. (ECF No. 13.)

---

[1] Plaintiff Gradford now has seven pending cases, which are being assigned to District Judge Dale A. Drozd and Magistrate Judge Gary S. Austin under Rule 123.

1

The Court now finds good cause to reassign this case back to District Judge Dale A. Drozd, based on its designation as a case related to Plaintiff Gradford's other pending cases. Magistrate Judge Gary A. Austin shall remain as the assigned Magistrate Judge.

The parties are hereby notified that the new case number for this action shall be 1:17-cv-01460-DAD-GSA-PC, and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

Accordingly, IT IS HEREBY ORDERED that:

1. This case shall be reassigned from the docket of District Judge Lawrence J. O'Neill to the docket of District Judge Dale A. Drozd;
2. Magistrate Judge Gary S. Austin shall remain as the assigned Magistrate Judge;
3. The new case number shall be **1:17-cv-01525-DAD-GSA-PC**, and all future pleadings and/or correspondence must be so numbered. Use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and distribution of copies to the judge assigned.

IT IS SO ORDERED.

Dated: **March 12, 2018**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE