UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>               Plaintiff,<br><br>   v.<br><br>DEPUTY K. LIGNOSKI,<br><br>               Defendant. | 1:17-cv-01460-DAD-GSA-PC<br><br>**ORDER GIVING FULL EFFECT TO STIPULATION TO DISMISS CASE, WITH PREJUDICE, UNDER RULE 41 (ECF No. 37.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

      William J. Gradford ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds with Plaintiff's Complaint, filed on October 30, 2017, against defendant Deputy K. Lignoski for mail interference in violation of the Sixth Amendment. (ECF No. 1.)

      On May 7, 2019, a stipulation for voluntary dismissal with prejudice was filed with the court, containing the signatures of Plaintiff and Counsel for Defendant K. Lignoski. (ECF No. 37.) The stipulation states, "The parties stipulate this matter be dismissed with prejudice. All parties shall bear their own fees and costs." (Id.)

      Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The stipulation filed on May 7, 2019, is signed by all parties who have appeared in this action. Therefore, the parties' stipulation is given full force and effect, and this case is

1

dismissed with prejudice under Rule 41(a)(1)(A)(ii). The Clerk shall be directed to close the case.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for voluntary dismissal of this action with prejudice is effective as of the date it was filed;
2. This case is DISMISSED WITH PREJUDICE under Rule 41; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 8, 2019** **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE